# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2014

## NO. 03-14-00008-CV

**Terry Lang, Appellant**

**v.**

**Robert Lang, Appellee**

### APPEAL FROM COUNTY COURT AT LAW OF BURNET COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on December 4, 2013. Terry Lang has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.